Donnelly & Suess, Inc. *v.* Lilley, Appellant.

Argued April 29, 1958.   Before JONES, C. J., MUS-MANNO, JONES and COHEN, JJ.

. *J. B. H. Carter*, with him *Thomson F. Edwards, Federico F. Mauck, Pepper, Bodine, Frick, Scheetz and Hamilton*, and *Wright, Mauck Hawes and Spencer*, for appellant.

*Gilbert P. High*, with him *High, Swartz, Childs and Roberts*, and *Moore, Panfil & James*, for appellees.

OPINION PER CURIAM, June 3, 1958:
Judgment affirmed on the opinion of President Judge KNIGHT reported at 12 Pa. D. & C. 2d 383.